UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Norman Weygandt,<br>    Plaintiff, | :<br>:<br>: |
| v. | : File No. 2:12 CV 35 |
| Andrew Pallito, Al Cormier,<br>Fred Gorham, and Officer Dingham,<br>    Respondents. | :<br>:<br>:<br>: |

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed September 18, 2012. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The defendants' motion to dismiss (Doc. 18) is **GRANTED**. Mr. Weygandt is hereby allowed thirty (30) days to file an Amended Complaint. Failure to file an Amended Complaint will result in the dismissal of this case with prejudice.

Dated at Burlington, in the District of Vermont, this 9th day of October, 2012.

                                /s/ William K. Sessions III
                                 William K. Sessions III
                                 District Court Judge